# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,

                                        Court Number: 97-74732
-VS-                                    Honorable: Patrick J. Duggan
                                        Claim Number: 1997A12316
RICKY SAPP,
                    Defendant

_____/


## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.


                        S/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: December 16, 2008 December 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2008 December 16, 2008, by electronic and/or ordinary mail.

                        S/Marilyn Orem
                        Case Manager